IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02440-WYD-CBS

JULIE ANN BAILEY; and
THE ESTATE OF BRANDON MAGNUSON,
with Julie Bailey as Personal Representative,

      Plaintiffs,

v.

CITY OF COMMERCE CITY, COLORADO,
including its Police Department;
CHIEF OF COMMERCE CITY POLICE R. BRIAN HUBBARD,
in his individual and official capacities;
COMMERCE CITY POLICE OFFICERS JOE SANDOVAL;
DAVE BORES;
MIKE BADEN;
NICK SAMUELS;
JOHN DOE COMMERCE CITY LAW ENFORCEMENT OFFICERS,
all in their individual and official capacities;
THE COLORADO STATE PATROL;
THE CHIEF OF COLORADO STATE PATROL, MARK V. TROSTEL,
in his individual and official capacities;
STATE TROOPERS ADRIAN BEVEL;
ERIC WYNN;
ROBERT BRANHAM; and
JOHN DOE STATE TROOPERS, in their individual and official capacities,

      Defendants.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      Pending before the court is Defendants' Unopposed Motion for Entry of Stipulation and Protective Order (filed March 17, 2006; *doc. no. 19*).  It is hereby

      **ORDERED** that the instant motion is **GRANTED**.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2  parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    March 21, 2006