IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02440-WYD-CBS

JULIE ANN BAILEY; and
THE ESTATE OF BRANDON MAGNUSON, with Julie Bailey as Personal Representative,

    Plaintiff(s),

v.

CITY OF COMMERCE CITY, COLORADO, including its Police Department;
CHIEF OF COMMERCE CITY POLICE R. BRIAN HUBBARD, in his Individual and Official Capacities;
COMMERCE CITY POLICE OFFICERS JOE SANDOVAL;
DAVE BORES;
MIKE BADEN;
NICK SAMUELS; and
JOHN DOE COMMERCE CITY LAW ENFORCEMENT OFFICERS, all in their Individual and Official Capacities;
THE COLORADO STATE PATROL;
THE CHIEF OF COLORADO STATE PATROL, MARK V. TROSTEL, in his Individual and Official Capacities; and
STATE TROOPERS ADRIAN BEVEL;
ERIC WYNN;
ROBERT BRANHAM; and
JOHN DOE STATE TROOPERS, in their Individual and Official Capacities,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on State Defendants' Motion to Dismiss State Claims, filed on April 4, 2006, by Defendants Mark Trostel, Adrian Bevel, Robert Branham, and the Colorado State Patrol (docket #28) ("Motion to Dismiss").  Attached to the Motion to Dismiss are the Affidavits of Eric Wynn, Robert P. Branham, and

Adrian W. Bevel.  Pursuant to the Federal Rules of Civil Procedure, if matters outside the pleadings are presented to and not excluded by the Court, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment. Fed.R.Civ.P. 12(b); Lucero v. Gunter, 52 F.3d 874, 877 (10th Cir. 1995).

The Court finds that it is appropriate to consider the matters outside of the pleadings that were presented by the parties in resolving Defendants' Motion to Dismiss.  Accordingly, notice is hereby given that Defendants' Motion to Dismiss is converted to a Motion for Summary Judgment.  Any party who wishes to submit additional materials for the Court to consider in connection with the Motion for Summary Judgment may do so by **Friday, April 28, 2006**.

Dated:  April 19, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge