IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02440-WYD-CBS

JULIE ANN BAILEY; and
THE ESTATE OF BRANDON MAGNUSON, with Julie Bailey as Personal Representative,

      Plaintiff(s),

v.

CITY OF COMMERCE CITY, COLORADO, including its Police Department;
CHIEF OF COMMERCE CITY POLICE R. BRIAN HUBBARD, in his Individual and Official Capacities;
COMMERCE CITY POLICE OFFICERS JOE SANDOVAL;
DAVE BORES;
MIKE BADEN;
NICK SAMUELS; and
JOHN DOE COMMERCE CITY LAW ENFORCEMENT OFFICERS, all in their Individual and Official Capacities;
THE COLORADO STATE PATROL;
THE CHIEF OF COLORADO STATE PATROL, MARK V. TROSTEL, in his Individual and Official Capacities; and
STATE TROOPERS ADRIAN BEVEL;
ERIC WYNN;
ROBERT BRANHAM; and
JOHN DOE STATE TROOPERS, in their Individual and Official Capacities,

      Defendant(s).

## ORDER

THIS MATTER is before the Court on Defendants the Colorado State Patrol, Mark V. Trostel, Robert Branham, and Adrian Bevel ("State Defendants") Unopposed Motion for Reconsideration, filed April 26, 2006 ("Motion for Reconsideration").

On April 19, 2006, I entered an order converting the State Defendants' Motion to

Dismiss State Claims pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), filed April 4, 2006 (docket #28), to a Motion for Summary Judgment.  The Motion to Dismiss included the Affidavits of Eric Wynn, Robert P. Branham, and Adrian W. Bevel.  Pursuant to the Federal Rules of Civil Procedure, if matters outside the pleadings are presented to and not excluded by the Court, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment.  Fed.R.Civ.P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995).

In the Motion for Reconsideration, the State Defendants affirm that the Affidavits attached to the Motion to Dismiss "were submitted *only* in support of the State Defendants' argument that this Court lacks subject matter jurisdiction over Plaintiff's Fifth and Sixth Claims for Relief, and that these Claims should be dismissed pursuant to 12(b)(1)."  In consideration of this affirmation, it is hereby

ORDERED that the Unopposed Motion for Reconsideration, filed April 26, 2006 (docket #40) is **GRANTED**.  It is

FURTHER ORDERED that this Court's Order of April 19, 2006 (docket #37) is **WITHDRAWN**.

Dated:  April 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge