IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02440-WYD-CBS

JULIE ANN BAILEY; and
THE ESTATE OF BRANDON MAGNUSON, with Julie Bailey as Personal Representative,

    Plaintiff(s),

v.

CITY OF COMMERCE CITY, COLORADO, including its Police Department;
CHIEF OF COMMERCE CITY POLICE R. BRIAN HEBBARD, in his Individual and Official Capacities;
COMMERCE CITY POLICE OFFICERS JOE SANDOVAL;
DAVE BORES;
MIKE BADEN;
NICK SAMUELS; and
JOHN DOE COMMERCE CITY LAW ENFORCEMENT OFFICERS, all in their Individual and Official Capacities;
THE COLORADO STATE PATROL;
THE CHIEF OF COLORADO STATE PATROL, MARK V. TROSTEL, in his Individual and Official Capacities; and
STATE TROOPERS ADRIAN BEVEL;
ERIC WYNN;
ROBERT BRANHAM; and
JOHN DOE STATE TROOPERS, in their Individual and Official Capacities,

    Defendant(s).

**ORDER**

THIS MATTER is before the Court on Defendants City of Commerce City, Chief of Commerce City Police R. Brian Hebbard, Joe Sandoval, Dave Bores, Mike Baden, Nick Samuels, Motion for Reconsideration And/Or Clarification, filed June 2, 2006 (docket #55) ("Motion").  The Motion requests that this Court reconsider its Order of

May 18, 2006, and determine that "no evidentiary hearing be held on any of the Defendants' Motion to Dismiss Federal Claims." As the Court clearly stated in its Order of May 18, 2006, an evidentiary hearing shall be held concerning the Commerce City Defendants' Motion to Dismiss State Claims (docket #22), filed March 20, 2006, on Thursday, October 5, 2006. This hearing is set for TWO DAYS. At some point during this hearing the Court will also hear legal argument on Commerce City Defendants' Motion to Dismiss Federal Claims (docket #21) filed March 20, 2006; State Defendants' Motion to Dismiss State Claims (docket #28) filed April 4, State Defendants' Motion to Dismiss Federal Claims (docket #29) filed April 4, 2006; and Defendant Eric Wynn's Motion to Dismiss (docket #27) filed March 31, 2006. The parties shall submit to the Court a joint proposed schedule for the hearing to include a proposed order of argument and presentation of evidence not later than Tuesday, September 5, 2006. Therefore, it is hereby

ORDERED that the Motion for Reconsideration And/Or Clarification, filed June 2, 2006, (docket #55) is **DENIED**.

Dated: June 8, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge