IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02440-WYD-CBS

JULIE ANN BAILEY; and
THE ESTATE OF BRANDON MAGNUSON, with Julie Bailey as Personal Representative,

      Plaintiff(s),

v.

CITY OF COMMERCE CITY, COLORADO, including its Police Department;
CHIEF OF COMMERCE CITY POLICE R. BRIAN HUBBARD, in his Individual and Official Capacities;
COMMERCE CITY POLICE OFFICERS JOE SANDOVAL;
DAVE BORES;
MIKE BADEN;
NICK SAMUELS; and
JOHN DOE COMMERCE CITY LAW ENFORCEMENT OFFICERS, all in their Individual and Official Capacities;
THE COLORADO STATE PATROL;
THE CHIEF OF COLORADO STATE PATROL, MARK V. TROSTEL, in his Individual and Official Capacities; and
STATE TROOPERS ADRIAN BEVEL;
ERIC WYNN;
ROBERT BRANHAM; and
JOHN DOE STATE TROOPERS, in their Individual and Official Capacities,

      Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion to Vacate and Reset Evidentiary Hearing on Applicability of Colorado Governmental Immunity Act is **TAKEN UNDER ADVISEMENT**.  The parties shall file a joint status report regarding the status of this case no later than **Friday, August 4, 2006.**

      Dated:  July 19, 2006