IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02440-WYD-CBS

JULIE ANN BAILEY; and
THE ESTATE OF BRANDON MAGNUSON, with Julie Bailey as Personal Representative,

     Plaintiff(s),

v.

CITY OF COMMERCE CITY, COLORADO, including its Police Department;
CHIEF OF COMMERCE CITY POLICE R. BRIAN HUBBARD, in his Individual and Official Capacities;
COMMERCE CITY POLICE OFFICERS JOE SANDOVAL;
DAVE BORES;
MIKE BADEN;
NICK SAMUELS; and
JOHN DOE COMMERCE CITY LAW ENFORCEMENT OFFICERS, all in their Individual and Official Capacities;
THE COLORADO STATE PATROL;
THE CHIEF OF COLORADO STATE PATROL, MARK V. TROSTEL, in his Individual and Official Capacities; and
STATE TROOPERS ADRIAN BEVEL;
ERIC WYNN;
ROBERT BRANHAM; and
JOHN DOE STATE TROOPERS, in their Individual and Official Capacities,

     Defendant(s).

**ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT
COLORADO STATE PATROL**

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice of Defendant Colorado State Patrol, filed September 5, 2006 (docket #71), and the Court having reviewed and considered said Stipulation for Dismissal with Prejudice, and being fully advised in the premises, hereby

ORDERS that the Stipulation for Dismissal with Prejudice of Defendant Colorado State Patrol is granted as follows:

1. Any and all claims asserted or unasserted against Defendant Colorado State Patrol as set forth in Plaintiff's Complaint and Jury Demand, Amended Complaint and Jury Demand, and all other pleadings, shall be **DISMISSED WITH PREJUDICE**;

2. Plaintiff's Amended Complaint and Jury Demand against Defendant Colorado State Patrol shall be **DISMISSED WITH PREJUDICE**; and

3. Each party is to bear their own attorney's fees and costs as agreed between the parties.

Dated: September 5, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge