IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02440-WYD-CBS

JULIE ANN BAILEY; and
THE ESTATE OF BRANDON MAGNUSON, with Julie Bailey as Personal Representative,

Plaintiffs,

v.

CITY OF COMMERCE CITY, COLORADO, including its Police Department;
CHIEF OF COMMERCE CITY POLICE R. BRIAN HUBBARD, in his individual and official capacities;
COMMERCE CITY POLICE OFFICERS JOE SANDOVAL,
DAVE BORES,
MIKE BADEN,
NICK SAMUELS, and
JOHN DOE COMMERCE CITY LAW ENFORCEMENT OFFICERS, all in their individual and official capacities;
THE COLORADO STATE PATROL;
THE CHIEF OF COLORADO STATE PATROL, MARK V. TROSTEL, in his individual and official capacities; and
STATE TROOPERS ADRIAN BEVEL,
ERIC WYNN,
ROBERT BRANDHAM, and
JOHN DOE STATE TROOPERS, in their individual and official capacities.

Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COMMERCE CITY POLICE DEPARTMENT**

---

THIS MATTER, having come before the Court, the Court having received and reviewed the Stipulation for Dismissal with Prejudice of Defendant Commerce City Police Department, filed September 8, 2006 (docket #73), and the Court having reviewed and

considered said Stipulation for Dismissal with Prejudice of Defendant Commerce City Police Department, and being fully advised in the premises, hereby

ORDERS that the Stipulation for Dismissal with Prejudice of Defendant Commerce City Police Department is granted as follows.

1.	Any and all claims asserted or unasserted against Defendant Commerce City Police Department as set forth in Plaintiff's Complaint and Jury Demand, Amended Complaint and Jury Demand, and all other pleadings shall be **DISMISSED WITH PREJUDICE**;

2.	Plaintiff's Amended Complaint and Jury Demand against Defendant Commerce City Police Department shall be **DISMISSED WITH PREJUDICE**; and

3.	Each of these parties shall bear responsibility for their own costs and attorneys' fees. It is

FURTHER ORDERED that since all claims against all Defendants have now been dismissed, this matter is now concluded in its entirety.

Dated: September 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge